■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERTO UBIERA, Appellant. [650 NYS2d 975] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered January 25, 1994.

Ordered that the judgment is affirmed *(see, People v Harris,* 61 NY2d 9). Mangano, P. J., O'Brien, Pizzuto, Goldstein and Luciano, JJ., concur.